# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **MIGUEL J. ELMORE,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) ) **Civil No. 2:11-cv-394-DBH** |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) ) ) ) |
| **Defendant** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 27, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on July 16, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. The Commissioner's decision is **Affirmed**.

**So Ordered.**

**Dated this 17th day of July, 2012**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**